UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TIMOTHY YOUNG,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **CENTURION, ET AL.,** | CASE NO: 16-2865-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Claims, Certifying An Appeal Would Not Be Taken In Good Faith and Notifying Plaintiff of Appellate Filing Fee entered on June 30, 2017, the Court DISMISSES Young's pro se complaint for failure to state a claim on which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/3/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk